**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

CONAIR LLC d/b/a BABYLISSPRO

        Plaintiff,

v.

LIGHTHOUSE WHOLESALE, LLC,
LALA DAISY LLC, and BEACON
BRANDS, LLC d/b/a WALMART
SELLER "UNION SQUARE LIMITED"
and TARGET SELLER "BEACON
BEAUTY CENTER,"

        Defendant.

**Case No.:  3:23-cv-01038**

---

## CORPORATE DISCLOSURE STATEMENT OF CONAIR LLC

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Conair LLC d/b/a

BaBylissPRO, by and through its undersigned counsel, discloses that it is not a public company,

and no public company owns 10% or more of its stock.

        Plaintiff,

        Conair LLC d/b/a BaBylissPRO,

        By its attorneys,

        */s/ Scott G. Ofrias*
        Scott G. Ofrias (ct31257)
        scott.ofrias@klgates.com
        Michael R. Murphy (*pro hac vice* anticipated)
        michael.r.murphy@klgates.com
        Morgan T. Nickerson (*pro hac vice* anticipated)
        morgan.nickerson@klgates.com
        Jack S. Brodsky (*pro hac vice* anticipated)
        jack.brodsky@klgates.com
        K&L Gates LLP
        One Congress Street, Suite 2900
        Boston, MA 02114-2023
Dated:  August 3, 2023        T: 617.261.3100